UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICE CHOICE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHELTERLOGIC CORP, and PNC BANK NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 2:25-cv-364-TL<br><br>AGREED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>NOTED FOR HEARING:<br>APRIL 14, 2025 |

Plaintiff Nice Choice Inc. hereby stipulates and moves for an extension of time from April 14, 2025 to May 29, 2025, for Defendant PNC Bank National Association ("PNC") to file its responsive pleading to the Complaint (Dkt. 1).

As grounds for the motion, Plaintiff states that it has conferred with an in-house attorney for PNC, who states that PNC has not yet retained counsel in this action, and requests an extension of time to respond. Plaintiff agrees to an extension as a reasonable accommodation to allow PNC to respond to the Complaint.

AGREED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1

LAW OFFICE OF
CARL J. MARQUARDT, PLLC
1126 34TH AVENUE, SUITE 311
SEATTLE, WASHINGTON 98122-5137
(206) 388-4498

1    DATED this 14th day of April, 2025.

2

3                                    LAW OFFICE OF CARL J. MARQUARDT PLLC

4                                    *s/ Carl J. Marquardt*
                                     Carl J. Marquardt, WSBA No. 23257
5                                    carl@cjmpllc.com
                                     1126 34TH Avenue, Suite 311
6                                    Seattle, WA 98122
                                     Telephone: 206.388.4498
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AGREED MOTION AND [~~PROPOSED~~] ORDER
FOR EXTENSION OF TIME TO RESPOND
TO COMPLAINT - 2

**LAW OFFICE OF**
**CARL J. MARQUARDT, PLLC**
1126 34TH AVENUE, SUITE 311
SEATTLE, WASHINGTON 98122-5137
(206) 388-4498

**ORDER**

**IT IS SO ORDERED.**

Defendant PNC BANK NATIONAL ASSOCIATION shall file its responsive pleading to Plaintiff's Complaint (Dkt. 1) by May 29, 2025.

Dated this 14th day of April, 2025.

_____
Tana Lin
United States District Judge

Presented by:

_s/ Carl J. Marquardt_
Carl J. Marquardt, WSBA No. 23257
carl@cjmpllc.com
**LAW OFFICE OF CARL J. MARQUARDT PLLC**
1126 34TH Avenue, Suite 311
Seattle, WA 98122
Telephone: 206.388.4498

Attorney for Plaintiff

AGREED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO RESPOND
TO COMPLAINT - 3

LAW OFFICE OF
CARL J. MARQUARDT, PLLC
1126 34TH AVENUE, SUITE 311
SEATTLE, WASHINGTON 98122-5137
(206) 388-4498